1  DARREN T. BRENNER
Nevada Bar No. 8278
2  LINDSAY DEMAREE
Nevada Bar No. 11949
3  LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
4  Suite 600
Las Vegas, Nevada 89169
5  (702) 949-8200
(702) 949-8398 (fax)
6

7  *Attorneys for Defendants*
*Hartford Underwriters Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY EMERICH,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:12-cv-01231-MMD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Judy Emerich and defendant Hartford Underwriters Insurance Company, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

1862692.1

1  her/its own fees and costs.

2      DATED this 27th day of August, 2012.

3  RICHARD HARRIS LAW FIRM                    LEWIS AND ROCA LLP

5  BY: /s/ Kyla A. Stucki                    BY:  /s/ *Darren T. Brenner*
      RICHARD A. HARRIS                           DARREN T. BRENNER
6     Nevada Bar No. 505                          Nevada Bar No. 8386
      JOSHUA R. HARRIS                            LINDSAY DEMAREE
7     Nevada Bar No. 9580                         Nevada Bar No. 11949
      ALISON BRASIER                              3993 Howard Hughes Parkway, Suite 600
8     Nevada Bar No. 10522                        Las Vegas, Nevada  89169
      KYLE A. STUCKI                              *Attorneys for Defendant*
9     Nevada Bar No. 12646
      801 South Fourth Street
      Las Vegas, NV  89101
      *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

[signature]

_____
U.S. DISTRICT COURT JUDGE

DATED: _____August 29_____, 2012.