DARREN T. BRENNER
Nevada Bar No. 8278
LINDSAY DEMAREE
Nevada Bar No. 11949
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

*Attorneys for Defendants*
*Hartford Underwriters Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY EMERICH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Foreign Corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01231-MMD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Judy Emerich and defendant Hartford Underwriters Insurance Company, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

1862692.1

her/its own fees and costs.

DATED this 27th day of August, 2012.

| RICHARD HARRIS LAW FIRM | LEWIS AND ROCA LLP |
|---|---|
| BY: /s/ Kyla A. Stucki<br>RICHARD A. HARRIS<br>Nevada Bar No. 505<br>JOSHUA R. HARRIS<br>Nevada Bar No. 9580<br>ALISON BRASIER<br>Nevada Bar No. 10522<br>KYLE A. STUCKI<br>Nevada Bar No. 12646<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | BY: /s/ Darren T. Brenner<br>DARREN T. BRENNER<br>Nevada Bar No. 8386<br>LINDSAY DEMAREE<br>Nevada Bar No. 11949<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE

DATED: _____August 29_____, 2012.